# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

**CHUCK HARTMAN**, an individual,

Plaintiff,

v.

**MICHIGAN NORTH WOODS CLUB,**
A Foreign Nonprofit Corporation,

Defendant.

Case No. 2:21-cv-159
Hon. Robert J. Jonker

| **AVANTI LAW GROUP, PLLC**<br>Robert Anthony Alvarez (P66954)<br>Attorneys for Plaintiff<br>600 28th St. SW<br>Wyoming, MI 49509<br>(616) 257-6807<br>ralvarez@avantilaw.com | **MILLER CANFIELD, PADDOCK AND STONE, PLC**<br>Richard W. Warren (P63123)<br>Schuyler Ferguson (IL ARDC No. 6325615)<br>Attorneys for Defendant<br>150 West Jefferson, Suite 2500<br>Detroit, MI 48226<br>(313) 963-6420<br>warren@millercanfield.com<br>ferguson@millercanfield.com |
|---|---|

## ORDER OF DISMISSAL

This matter having come before the Court upon the Parties' Stipulation of Voluntary Dismissal and the court being fully advised in the premises:

IT IS HEREBY ORDERED that upon the parties full and complete performance of their obligations under the Agreement. Plaintiff's claims against Michigan Northwoods Club are voluntarily dismissed with prejudice and without fees and costs to either party.

IT IS SO ORDERED.

Date: December 28, 2022

/s/ Robert J. Jonker
Hon. Robert J. Jonker
U.S. District Court Judge